1   LAW OFFICES OF DEBORAH L. RAYMOND
    Deborah L. Raymond, SBN 173528
2   445 Marine View Avenue, Suite 300
    Del Mar, CA 92014
3   (858) 481-9559

    2008 JUL 23  PM 3: 42

    CLERK US DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA

    08 CV 1332 DMS NLS

4   Attorney For Plaintiffs, DANIEL SHERER and HEATHER SHERER

    DEPUTY

5

6

7

8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA

10  DANIEL   SHERER,   an   individual;        Case No.
    HEATHER SHERER, an individual,
11                                             COMPLAINT FOR INJUNCTIVE RELIEF,
                                               RECOUPMENT/SETOFF, DAMAGES,
12           Plaintiffs,                       ACCOUNTING, AND TO QUIET TITLE
                                               RELATING TO VIOLATIONS OF THE
13  vs.                                        TRUTH IN LENDING ACT, THE
                                               CALIFORNIA ROSENTHAL ACT, AND
14  NATIONSTAR   MORTGAGE   LLC,   a           **DEMAND FOR JURY TRIAL**
    Delaware Limited Liability Company; and
15  DOES 1-10, inclusive,                      [15 U.S.C. §§1601 et seq.; Cal. Civ. Code
                                               §§1788 et seq ]
16           Defendant(s).
17

18

19          COMES NOW the Plaintiffs, DANIEL SHERER and HEATHER SHERER

20  (hereinafter "Plaintiffs") who allege:

21                          **INTRODUCTION**
22
            1.  This Complaint is filed defensively and affirmatively under the Truth In Lending
23
    Act ("TILA"), 15 U.S.C. §§1601, et seq. to enforce Plaintiffs' rights under the TILA, including
24
    without limitation, the right to rescind a consumer credit transaction, to void the Defendant's security
25
    interest in Plaintiffs' residence, to recover actual and statutory damages, reasonable attorney's fees and
26

1   costs by reason of Defendant's violations of TILA and Regulation Z, 12 C.F.R. §226 (Reg. Z"). In

2   addition, Plaintiffs seek actual and statutory damages, reasonable attorney's fees and costs by reason

3   of the Defendant's violations of the California Rosenthal Act, Cal. Civ. Code sections 1788 et seq.

### JURISDICTION

2.   Jurisdiction is conferred on this court by 15 U.S.C. 1640(e), 28 U.S.C §§ 1331, 1337 and by the doctrine of pendent jurisdiction. The Court has authority to issue a declaratory judgment by virtue of 28 U.S.C. § 2201.

### COMMON ALLEGATIONS

3.   At all times mentioned in this Complaint, Plaintiff Daniel Sherer was and is an individual consumer residing in the County of San Diego, and was and is an owner of that certain real property located in the County of San Diego and generally described as 1814 Chapulin Lane, Fallbrook, California 92028 ("Plaintiffs' Residence" or "the Real Property").

4.   At all times mentioned in this Complaint, Plaintiff Heather Sherer was and is an individual consumer residing in the County of San Diego, and was and is an owner of the Real Property.

5.   Plaintiffs are informed and believe and thereon allege that at all times mentioned in this Complaint, defendant Nationstar Mortgage LLC (hereinafter referred to as "Nationstar") was and is a Delaware Limited Liability Company doing business in the state of California and in the business of originating consumer credit transactions described in TILA, and/or the purchasing and otherwise taking assignment of consumer credit transactions described in TILA, originated by others. Plaintiff is further informed and believes and thereon alleges that defendant Nationstar was and is in the business of regularly collecting consumer debts, either on behalf of itself or others, thereby

1    bringing it under the authority of the California Rosenthal Act, Cal. Civil Code sections 1788 et seq.

2        6.    The true names and capacities, whether corporate, individual or other, of the

3    defendants sued as Does 1 through 10 are presently unknown to Plaintiffs who therefore sue said

4    defendants by such fictitious names.  Plaintiffs will seek leave to amend this Complaint to reflect the

5    true names and capacities of said defendants when the same have been ascertained.  Plaintiffs are

6    informed and believe and thereon allege that each of said fictitiously named defendants is responsible

7    in some manner for the acts complained of herein.

8        7.    Plaintiffs are informed and believe and thereon allege that at all times mentioned

9    in this Complaint, each of the defendants was an officer, director, agent, employee, assignor, assignee

10    or associate of each of their co-defendants, and was at all times acting within the scope of such

11    capacity with the full knowledge and consent of each said co-defendant.

12    

13    ## IV. COMMON FACTUAL ALLEGATIONS

14        8.    Plaintiffs re-allege and incorporate the allegations in Paragraphs 1 through 7 above

15    with the same force and effect as if herein set forth.

16        9.    On or about July 24, 2007, Plaintiffs entered into a consumer credit transaction

17    ("Transaction") to refinance Plaintiffs' Residence, by entering into a mortgage with defendant

18    Nationstar, in the amount of Four Hundred Fifty Thousand Dollars ($450,000.00), secured by a first

19    deed of trust on Plaintiffs' Residence.  The purpose of the Transaction was primarily personal, family

20    and household in that it paid off the existing mortgages held by Fremont Investment & Loan and a

21    private lender.  The Transaction was subject to a finance charge and was payable by written agreement

22    in more than four installments.

23        10.    On July 24, 2007, Plaintiffs, in the course of the Transaction, signed numerous

24    Transaction documents dated July 23, 2007.  Immediately after Plaintiffs signed the Transaction

25    

26

documents, the signed Transaction documents were taken by the notary public and Plaintiffs were given another packet of documents and were told that the packet of documents were copies of the Transaction documents Plaintiffs had just signed, which was not true. Plaintiffs did not receive certain required Transaction documents, including but not limited to two copies of the notice of right to cancel containing the correct date of the expiration of the cancellation period. Instead, Plaintiffs received two copies of a Notice of Right To Cancel containing an incorrect date of the transaction and an incorrect date for the expiration of the cancellation period, resulting in a reduction of Plaintiffs' three day right to cancel to a two day right to cancel. A true copy of only two copies of Notices of Right To Cancel Received by Plaintiffs is herein attached and incorporated by reference as Exhibit "A".

11. On December 17, 2007, a foreclosure proceeding was begun against Plaintiffs' Residence by the recording of a Notice of Default in the office of the County Recorder.

12. On March 5, 2008, pursuant to 15 U.S.C. §1635, Plaintiffs rescinded the Transaction by sending the notice (Rescission Notice) required by Regulation Z, along with a Qualified Written Request to defendant Nationstar. A copy of the Rescission Notice is herein attached and incorporated by reference as Exhibit "B". Defendant Nationstar received the Rescission Notice by facsimile on March 5, 2008. A copy of a facsimile transmittal sheet is herein attached and incorporated by reference as Exhibit "B-1". Defendant Nationstar received the Rescission Notice by U.S. mail on March 10, 2008. U.S. Postal Delivery Confirmation is herein attached and incorporated by reference as Exhibits "B-2".

13. More than twenty (20) days have elapsed since the Rescission Notice was received, and defendant Nationstar has failed and refused, and continues to fail and refuse, to perform any of the acts required by 15 U.S.C. §1635(b), and has instead, continued foreclosure proceedings, including scheduling a foreclosure sale for April 8, 2008 (which is currently postponed).

14. Despite receipt of the Rescission Notice and Qualified Written Request, defendant Nationstar continued its collection efforts of a disputed debt, scheduled a foreclosure sale, demanded payment of false amounts, threatened action prohibited by law, and harassed Plaintiffs by calling Mrs. Sherer at her place of employment despite knowing that Plaintiffs were represented by counsel.

15. Defendant Nationstar's actions have caused Plaintiffs severe emotional distress, including but not limited to loss of appetite, frustration, fear, anger, helplessness, nervousness, sleeplessness, worry, sadness, and depression.

## FIRST CAUSE OF ACTION

## (TILA )

16. For a First Cause of Action against Defendant, Plaintiffs restate the allegations contained in Paragraphs 1 through 15.

### COUNT ONE – Rescission

17. The Transaction was subject to Plaintiffs' right of rescission as described by 15 U.S.C. § 1635 and Reg Z § 226.23 (12 C.F.R. §226.23).

18. In the course of the Transaction, 15 U.S.C. § 1635(a) and Reg Z § 226.23(b) were violated when Plaintiffs did not receive two copies of a notice of right to cancel containing the correct date of expiration of the cancellation period.

19. In the course of the Transaction Defendant violated 15 U.S.C. § 1635(a) and Reg Z § 226.23(b) by failing to deliver to Plaintiffs all "material" disclosures required by TILA and Reg Z.

20. Plaintiffs had a continuing right to rescind the Transaction, pursuant to 15 U.S.C. § 1635(a) and Reg Z § 226.23(a)(3), for up to three years after consummation of the Transaction.

21. Plaintiffs rescinded the transaction by sending a Rescission Notice to Nationstar

on March 5, 2008 via facsimile and First Class Certified U.S. Mail, postage fully prepaid.

22. More than twenty (20) calendar days have elapsed since defendant Nationstar received the Rescission Notice.

23. Defendant Nationstar has failed to take any action necessary or appropriate to reflect the termination of any security interest created under the Transaction, including the termination of the deed of trust recorded against Plaintiffs' Residence, as required by 15 U.S.C. §1635(b) and Reg Z § 226.23(d)(2).

24. By way of Plaintiffs' rescission of the Transaction, Plaintiffs are entitled to:

a. Enforcement of the Rescission of the Transaction;

b. Termination of any security interest in Plaintiffs' Residence created under the Transaction;

c. Return of any money or property given by Plaintiffs to anyone, including defendant, in connection with the Transaction;

d. Expungement of any foreclosure instrument, including but not limited to any Notice of Default or Notice of Trustee's Sale, relating to the Transaction from any public record;

e. Removal of any derogatory information reported to any credit reporting agency or credit reporting bureau relating to the Transaction; and

f. Costs and Reasonable attorney's fee.

**COUNT TWO - Recoupment**

25. Violations of TILA described in paragraphs 16 and 24 above and herein restated, subject defendant Nationstar to the remedies set forth in 15 U.S.C. § 1640.

26. Plaintiffs having filed this action in defense of defendant Nationstar's foreclosure proceeding, Plaintiffs are entitled to seek recoupment or set-off of any damages, actual and statutory, based on violations that occurred at the consummation of the Transaction, pursuant to 15 U.S.C. §

1640(e).

27. By way of recoupment, Plaintiffs are entitled to a setoff in an amount equal to actual and statutory damages to be proven at trial for violations of TILA that occurred at the consummation of the Transaction. Plaintiffs are also entitled to costs and reasonable attorney's fees.

### COUNT THREE - Damages

28. On July 24, 2007, defendant Nationstar violated 12 CFR 226.23 by failing to provide Plaintiffs with material disclosures, including two copies of the notice of right to cancel containing the correct date that the cancellation period expires.

29. On or about March 5, 2008, pursuant to 12 CFR 226.23, Plaintiffs rescinded the Transaction by sending the Rescission Notice to defendant Nationstar.

30. Defendant Nationstar failed to comply with the provisions of 12 CFR 226.23.

31. As a result of the failure of defendant Nationstar to comply with the provisions of the TILA and Reg Z, Plaintiffs are entitled to a complete release from any obligation to defendant Nationstar and to expungement of the Deed of Trust recorded against Plaintiffs' Residence.

32. As a further result of defendant Nationstar's actions, Plaintiffs have suffered severe emotional distress, including but not limited to loss of appetite, frustration, fear, anger, helplessness, nervousness, sleeplessness, worry, sadness, and depression.

33. As a result of the failure of defendant Nationstar to comply with the disclosure requirements and the rescission provisions of the TILA and Reg Z, Plaintiffs are entitled to statutory damages up to $2,000.00, actual damages in an amount to be determined at trial; and costs and Reasonable attorney's fee.

### SECOND CAUSE OF ACTION
### (California Rosenthal Act)

34. For a Second Cause of Action against Defendant, Plaintiffs restate the allegations

of Paragraphs 1 through 33.

35. Defendant Nationstar's actions constitute a violation of the California Rosenthal Act in that they threatened to take actions not permitted by law, including but not limited to attempting to foreclose upon a void security interest, falsely stating the amount of a debt, increasing the amount of a debt by including amounts that are not permitted by law or contract, using unfair and unconscionable means in an attempt to collect a debt, communicating with a debtor known to be represented by counsel, and harassing a debtor by telephoning Plaintiff Mrs. Sherer at her place of employment.

36. Defendant Nationstar's actions have caused Plaintiffs actual damages, including but not limited to severe emotional distress, including but not limited to loss of appetite, frustration, fear, anger, helplessness, nervousness, sleeplessness, worry, sadness, and depression.

37. As a direct result of said violations, Plaintiffs are entitled to statutory damages in an amount to be determined at trial, actual damages according to proof, and costs and reasonable attorneys' fees.

### THIRD CAUSE OF ACTION
### (Quiet Title)

38. For a Third Cause of Action against Defendant, Plaintiffs restate the allegations of Paragraphs 1 through 33.

39. Defendant Nationstar claims an interest adverse to Plaintiffs' Residence in the form of the trust deed recorded pursuant to the Transaction, and Plaintiffs are seeking to quiet title against the claims of Defendant Nationstar under such trust deed.

40. Plaintiffs seek to quiet title as of July 24, 2007, the date of consummation of the Transaction.

### FOURTH CAUSE OF ACTION
### (Accounting)

41.   For a Fourth Cause of Action against the Defendant, Plaintiffs restate the allegations contained in Paragraphs 1 through 33.

42.   Pursuant 15 U.S.C. §1635(b) and 12 U.S.C. §2605, Plaintiffs are entitled to an accounting for and return of certain amounts paid by Plaintiffs since the inception of the Transaction, and of the amount, if any, to be tendered by Plaintiffs as a result of Plaintiffs' rescission of the Transaction.

43. Despite Plaintiffs' sending of the Rescission Notice containing a Qualified Written Request, Defendant Nationstar has failed and refused and continue to fail and refuse to provide an accounting or to return or offer to return said amounts, or any portion of them.

WHEREFORE, it is respectfully prayed that this Court:

ON THE FIRST CAUSE OF ACTION:

1. Assume jurisdiction of this case;

2. Declare the security interest in Plaintiffs' Residence is void;

3. Rescind the Transaction;

4. Order Defendant to take all action necessary to terminate any security interest in Plaintiffs' Residence created under the Transaction, and that the Court declare all such security interests void, including but not limited to the deed of trust related to the Transaction;

5. Order the return to Plaintiffs of any money or property given by Plaintiffs to anyone in connection with the Transaction;

6. Enjoin Defendant during the pendency of this action, and permanently thereafter, from instituting, prosecuting, or maintaining foreclosure proceedings on the Plaintiffs' Residence, from recording any deeds or mortgages regarding the property or from otherwise taking any steps to deprive Plaintiffs of ownership of that property;

7. Order the expungement of any foreclosure instrument, including any Notice of

Default and Notice of Trustee's Sale relating to the Transaction from any public record;

8. Order the removal of any derogatory information relating to the Transaction from Plaintiffs' credit history;

9. Award Plaintiffs statutory damages for Defendant's failure to comply with TILA including defendant's failure to respond properly to Plaintiffs' rescission notice, in the amount of twice the finance charge in connection with the Transaction, but not less than $200 or more than $2,000 as provided by 15. U.S.C. § 1640(a);

10. Order that, because Defendant failed to properly respond to Plaintiffs' notice of rescission, Plaintiffs have no duty to tender, but in the alternative, if tender is required, determine the amount of the tender obligation in light of all the Plaintiffs' claims, including damages from violations relating to the consummation of the Transaction by way of recoupment, and order Defendant to accept tender on reasonable terms and over a reasonable period of time;

11. Award of actual damages in an amount to be established at trial;

12. Award Plaintiffs costs and reasonable attorney's fees as provided under 15 U.S.C. §1640(a);

13. Award such other and further relief as the Court deems just and proper.

ON THE SECOND CAUSE OF ACTION:

14. Actual damages, including but not limited to emotional distress;

15. For statutory damages in an amount not less than $100.00;

16. Award Plaintiffs costs and reasonable attorney's fees as provided under Cal. Civ. Code section 1788.30;

17. Award such other and further relief as the Court deems just and proper.

ON THE THIRD CAUSE OF ACTION:

18. For an order quieting title in and to Plaintiffs' Residence, free from any

1    encumbrance, lien or cloud on title created as a result of the Transaction.

2    ON THE FOURTH CAUSE OF ACTION:

3            19.  For an accounting of all amounts paid by Plaintiffs pursuant to the Transaction,

4    an accounting of all charges and fees demanded from Plaintiffs, and a statement of the amount

5    required to be restored to Defendant Nationstar, if any.

6    ON ALL CAUSES OF ACTION:

7            20.  For costs of suit incurred herein;

8

9            21.  For reasonable attorneys fees permitted by statute; and,

10           22.  For such other and further relief as this court may deem just and proper.

11   Date: 7/23/08

12                                          Respectfully submitted,
                                            Law Offices of Deborah L. Raymond

13

14

15                              By:  _____
                                            Deborah L. Raymond, Esq.
16                                          Attorney For Plaintiffs

17

18                          DEMAND FOR JURY TRIAL

19           Plaintiffs hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of

20   Civil Procedure.

21   Date: 7/23/08

22                                          Respectfully submitted,
                                            Law Offices of Deborah L. Raymond

23

24

25                              By:  _____
                                            Deborah L. Raymond, Esq.
26                                          Attorney For Plaintiffs

## NOTICE OF RIGHT TO CANCEL

LENDER: NATIONSTAR MORTGAGE LLC

DATE 07/23/2007
LOAN NO. 346000407
TYPE CONV

BORROWERS/OWNERS  HEATHER SHERER
DANIEL SHERER
ADDRESS           1814 CHAPULIN LANE
CITY/STATE/ZIP    FALLBROOK, CALIFORNIA 92028
PROPERTY          LOT ., BLOCK .

## YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

    (1)    The date of the transaction, which is       7/23/2007
            or
    (2)    The date you received your Truth in Lending disclosures;
            or
    (3)    The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
    NATIONSTAR MORTGAGE LLC, ATTN: Elizabeth Garcia
        4940 S. Wendler Drive #210, Tempe, AZ 85282
        or fax to: 972-315-1552

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of    7/26/2007
(or MIDNIGHT of THE THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

### I WISH TO CANCEL

SIGNATURE _____

DATE _____

---

The undersigned each acknowledge receipt of two copies of <u>NOTICE of RIGHT to CANCEL</u> and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

| | | |
|---|---|---|
| BORROWER/OWNER HEATHER SHERER _____ DATE ___ | BORROWER/OWNER _____ DATE ___ |
| BORROWER/OWNER _____ DATE ___ | BORROWER/OWNER _____ DATE ___ |

VMP-64 (0205)            VMP Mortgage Solutions (800)521-7291            10/00

EXHIBIT A

## NOTICE OF RIGHT TO CANCEL

LENDER:  NATIONSTAR MORTGAGE LLC

DATE 07/23/2007
LOAN NO. 346000407
TYPE CONV

BORROWERS/OWNERS  HEATHER SHERER
                 DANIEL SHERER
ADDRESS          1814 CHAPULIN LANE
CITY/STATE/ZIP   FALLBROOK, CALIFORNIA 92028
PROPERTY         LOT ., BLOCK .

### YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1)   The date of the transaction, which is        7/23/2007
        or
(2)   The date you received your Truth in Lending disclosures;
        or
(3)   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
        NATIONSTAR MORTGAGE LLC, ATTN: Elizabeth Garcia
                4940 S. Wendler Drive #210, Tempe, AZ 85282
                or fax to: 972-315-1552

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of    7/26/2007
                (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____        _____
SIGNATURE                                        DATE

---

The undersigned each acknowledge receipt of two copies of <u>NOTICE of RIGHT TO CANCEL</u> and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____        _____        _____        _____
BORROWER/OWNER                    DATE        BORROWER/OWNER DANIEL SHERER                    DATE


_____        _____        _____        _____
BORROWER/OWNER                    DATE        BORROWER/OWNER                                    DATE

VMP-64 (0305)                VMP Mortgage Solutions (800)521-7291                10/00


EXHIBIT A

# Law Offices of Deborah L. Raymond

445 Marine View Avenue, Suite 305
Del Mar, CA 92014
Tel: 858-481-9559
Fax: 858-724-0747

March 5, 2008

SENT VIA FACSIMILE# 1-972-315-1552 PRIOR TO FIRST CLASS CERTIFIED U.S. MAIL
Certified Receipt# 7007 1490 0003 2626 3583

Nationstar Mortgage LLC, ATTN: Elizabeth Garcia
4940 S. Wendler Drive #210
Tempe, AZ 85282

SENT VIA FIRST CLASS CERTIFIED U.S. MAIL
Certified Receipt# 7007 1490 0003 2626 3590

Nationstar Mortgage
350 Highland Drive
Lewisville, TX 75067
Attn: Customer Relations Officer

Re:     Heather Sherer and Daniel Sherer
        Loan Number: 0346000407
        Property Address: 1814 Chapulin Lane, Fallbrook, California 92028
        NOTICE OF RESCISSION OF MORTGAGE HELD BY NATIONSTAR MORTGAGE
        A QUALIFIED WRITTEN REQUEST PURSUANT TO 12 U.S.C. §2605

Dear Sir or Madam:

        This office represents Heather and Daniel Sherer in their claims against Nationstar
Mortgage, and its assigns, servicers, agents, principals, subsidiaries, and/or the holder/owner of
the note for the above referenced loan (hereinafter referred to as "Creditor"). Enclosed is a copy
of a Letter of Designation And Authorization signed by my clients. All further communications
must be directed to this office only. The debt associated with the above referenced loan number
is hereby disputed.

Page 1 of 4

EXHIBIT  B

## NOTICE OF RESCISSION OF MORTGAGE

Consumers, Heather and Daniel Sherer (hereinafter referred to as "Consumer"), base the following upon the understanding that Creditor is subject to the Truth In Lending Act (hereinafter "TILA"), and hereby exercise his rights under the Truth In Lending Act (15 U.S.C. §1601 et seq.), Regulation Z (12 C.F.R. § 226.1 et seq.), and related statutes and California state laws, which may include, without limitation, RESPA and California Finance Lenders laws, to rescind the above referenced loan. Without limitation, Consumer bases his right to rescind upon the fact that required disclosures pursuant to 15 USC §1601 et seq. were not provided to the Consumer, including but not limited to, two copies of a Notice of Right To Cancel containing all required information.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my clients within 20 days of receipt of this letter, you could be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Additionally, pursuant to 15 U.S.C. § 1641(f)(2) and 12 U.S.C. § 2605, A QUALIFIED WRITTEN REQUEST is hereby made for the name, address, and telephone number of the master servicer, all the mortgage holders, all the note/loan holders, and all the owners of the loan described above. Furthermore, A QUALIFIED WRITTEN REQUEST is made for all signed and/or unsigned copies of the following documents, if they exist, relating to the above referenced loan:

1. All Notices of Right to Cancel;
2. HUD-1 Disclosure;
3. Truth In Lending Act Disclosures;
4. The Entire Note;
5. Deed of Trust;
6. All riders to any of the above documents;
7. Disclosures pursuant to 15 U.S.C. §1639;
8. A History of Payments and other document showing the loan disbursements, loan charges, payments made, and current principal balance due;
9. The Entire Loan Application File; and
10. All correspondence.

Request is also made for an immediate written description of all information, data, or

////
////
////
////
////

EXHIBIT B

other documentation that you believe would disprove that this loan is in violation of TILA, RESPA, and/or California Finance Lenders laws and subject to rescission.

Sincerely,

Deborah L. Raymond
Attorney for Heather and Daniel Sherer

enclosure;
cc:    Nationstar Mortgage
       P.O. Box 199400
       Dallas, TX 75219-9400
       Via First Class U.S. Mail

Page 3 of 4

EXHIBIT B

WE HEREBY RESCIND/CANCEL THE LOAN TRANSACTION RELATING TO NATIONSTAR MORTGAGE LOAN NUMBER 0346000407. A signed photocopy, PDF, or facsimile of this Rescission/Cancellation shall have the same force and/or effect as a signed original.

Dated: 2/22/08


_____
Daniel Sherer

Dated: 2.22.08


_____
Heather Sherer

Page 4 of 4

EXHIBIT B

# Law Offices of Deborah L. Raymond

445 Marine View Avenue, Suite 305
Del Mar, CA 92014
Tel: 858-481-9559
Fax: 858-724-0747

## LETTER OF DESIGNATION AND AUTHORIZATION

To Whom It May Concern:

Re: DANIEL A. & HEATHER SHERER / 1814 Chapulin Lane, Fallbrook, CA 92028

Please be advised that I have retained the Law Offices of Deborah L. Raymond to represent my interests. I hereby authorize the Law Offices of Deborah L. Raymond to represent my interests, including, but not limited to, communicating, negotiating, and otherwise dealing with Nationstar Mortgage LLC, Chicago Title, Alex Doegal, and other servicers, creditors, brokers, collectors, collection agencies, attorneys, and all Federal, State, and local government agencies relating to the mortgage loan transaction commumated on or about July 23, 2007, as may be required in her representation of me. Except, this authorization does not authorize the Law Offices of Deborah L. Raymond to accept service of any summons and/or complaint on my behalf.

Also, by signing below, I authorize any credit reporting agencies, credit reporting bureaus, collector, creditor, doctor, chiropractor, hospital, any other healthcare provider, employer, police agency, government agency, or any other person to whom a signed photocopy or facsimile of this authorization is delivered, to furnish any information, reports or copies of records which may be requested by the Law Offices of Deborah L. Raymond.

Date: 2/14/08          Signed: _Heather Sherer_

Date: 2/14/08          Signed: _____

EXHIBIT B

# LAW OFFICES OF DEBORAH L. RAYMOND
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
Telephone: (858) 481-9559
Fax: (858) 724-0747

## FAX COVER SHEET

DATE: March 5, 2008

To:    Nationstar Mortgage LLC, ATTN: Elizabeth Garcia
       FAX# 1-972-315-1552

FROM: Deborah L. Raymond, Esq.

# OF PAGES including this page: 6

## MESSAGE

Re:    Heather Sherer and Daniel Sherer
       Loan Number: 0346000407
       Property Address: 1814 Chapulin Lane, Fallbrook, California 92028
       NOTICE OF RESCISSION OF MORTGAGE HELD BY NATIONSTAR MORTGAGE
       A QUALIFIED WRITTEN REQUEST PURSUANT TO 12 U.S.C. §2605

## CONFIDENTIAL INFORMATION

The pages comprising this facsimile transmission contain confidential information from the law office of Deborah L. Raymond. This information is intended solely for the use of the individual or entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copy, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we may arrange to retrieve it at no cost to you. Thank you.

EXHIBIT B-1

# HP LaserJet *3330*



Law Offices of Deborah L. Ray
858-724-0747
Mar-5-2008    12:15PM

| Fax Call Report |
|---|

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 379 | 3/ 5/2008 | 12:13:17PM | Send | 19723151552 | 2:07 | 6 | OK |

**LAW OFFICES OF DEBORAH L. RAYMOND**
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
Telephone: (858) 481-9559
Fax: (858) 724-0747

FAX COVER SHEET

DATE: March 5, 2008

To:   Nationstar Mortgage LLC, ATTN: Elizabeth Garcia
      FAX# 1-972-315-1552

FROM: Deborah L. Raymond, Esq.

# OF PAGES including this page: 6

MESSAGE

Re:   Heather Sherer and Daniel Sherer
      Loan Number: 0346000407
      Property Address: 1814 Chapulin Lane, Fallbrook, California 92028
      NOTICE OF RESCISSION OF MORTGAGE HELD BY NATIONSTAR MORTGAGE
      A QUALIFIED WRITTEN REQUEST PURSUANT TO 12 U.S.C. §2605

CONFIDENTIAL INFORMATION

The pages comprising this facsimile transmission contain confidential information from the law office of Deborah L. Raymond. This information is intended solely for the use of the individual or entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copy, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we may arrange to retrieve it at no cost to you. Thank you.





**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 1490 0003 2626 3590
Status: **Delivered**

Your item was delivered at 11:17 am on March 10, 2008 in LEWISVILLE,
TX 75067. A proof of delivery record may be available through your local
Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)  ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

_____

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT B-2



**UNITED STATES**
**POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 1490 0003 2626 3583
Status: **Delivered**

Your item was delivered at 11:17 am on March 10, 2008 in LEWISVILLE, TX 75067. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)  ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



EXHIBIT B-2

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

DANIEL SHERER; HEATHER SHERER

**DEFENDANTS** 2008 JUL 23 PM 3:42

NATIONSTAR MORTGAGE LLC;
and DOES 1-10, inclusive
SOUTHERN DISTRICT OF CALIFORNIA

08 CV 1332 DMS NLS

BY: _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED**    San Diego
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Law Offices of Deborah L. Raymond
445 Marine View Avenue, Suite 305
Del Mar, CA  92014
Tel# (858) 481-9559

ATTORNEYS (IF KNOWN)

---

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
  (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).    Violations of the Federal Truth In Lending Act, 15 U.S.C. sections 1601 et seq.

---

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayments &Enforcement of Judgments | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prisoner Conditions | | | TILA |

---

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

---

| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ $2,000.00 + rescission not less than | Check YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** (See Instructions):    JUDGE  n/a    Docket Number  n/a

DATE    07/23/08        SIGNATURE OF ATTORNEY OF RECORD  _Deborah Raymond_

#153281    TAC    7/23/08    $350

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 153281    — TC**

**July 23, 2008**
**15:37:57**

**Civ Fil Non-Pris**
USAO #.: 08CV1332
Judge..: DANA M SABRAW
Amount.:                    $350.00 CK
Check#.: BC5890
         /

**Total—>  $350.00**

FROM: DANIEL SHERER
         VS
         NATIONSTAR MORTGAGE