Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 23 PM 3
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DANIEL SHERER, an individual;
HEATHER SHERER, an individual;

    Plaintiffs,

vs

NATIONSTAR MORTGAGE LLC,
a Delaware Limited Liability Company;
and DOES 1-10, inclusive,

    Defendant(s).

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1332 DMS NLS

TO: (Name and Address of Defendant)

 

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

 Deborah L. Raymond, SBN 173528
 Law Offices of Deborah L. Raymond
 445 Marine View Avenue, Suite 305
 Del Mar, CA 92014
 Tel#: (858) 481-9559

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 23 2008
DATE

[SEAL]
J. PARIS

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)