LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
(858) 481-9559

Attorney For Plaintiffs, DANIEL SHERER and HEATHER SHERER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SHERER, an individual; HEATHER SHERER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No. 08cv1332DMS (NLS)<br><br>JOINT MOTION TO EXTEND TIME FOR DEFENDANT NATIONSTAR LLC TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT OF PLAINTIFFS DANIEL SHERER AND HEATHER SHERER |

This Joint Motion is made by and between Plaintiffs Daniel Sherer and Heather Sherer (collectively, "Plaintiffs") and Defendant Nationstar Mortgage LLC ("Nationstar"), through their respective counsel, in light of the following facts:

RECITALS

WHEREAS, on July 23, 2008, Plaintiffs filed this action against Nationstar;

WHEREAS, on August 8, 2008, Plaintiffs served process on Nationstar;

WHEREAS, Nationstar's response to Plaintiffs' Complaint is therefore due on or

before August 28, 2008;

WHEREAS, counsel for Nationstar has just received the Complaint and has not yet had the opportunity to review or analyze the Complaint in order to determine the appropriate response therefore;

WHEREAS, Nationstar has not previously requested an extension of time in this matter;

WHEREAS, Plaintiffs and Nationstar agree that Nationstar may have an additional thirty (30) days in which to respond to the Complaint;

WHEREAS, Nationstar's response to Plaintiffs' Complaint shall now be filed on or before September 27, 2008;

WHEREAS, the parties further agree that the requested extension is not for purposes of delay, but so that the due process of the parties is protected and so that justice may be done.

STIPULATION

WHEREFORE, it is hereby stipulated by the parties through their counsel that

////

////

////

////

////

////

////

////

////

////

////

Sherer et al. v. Nationstar Mortgage LLC et al.  
Case No.08cv1332DMS (NLS)

2

Joint Motion To Extend Time For  
Defendant To Respond To Complaint

1 | Defendant Nationstar Mortgage LLC shall have up to and include September 27, 2008 in which to
2 | file its response to the Complaint of Plaintiffs Daniel Sherer and Heather Sherer.

Respectfully submitted,

DATED: August _27_, 2008        LAW OFFICES OF DEBORAH L. RAYMOND

By /s/ Deborah L. Raymond
Deborah L. Raymond
Attorneys for Plaintiffs
DANIEL SHERER AND HEATHER SHERER

DATED: August 27, 2008        WEINER BRODSKY SIDMAN KIDER PC

By /s/ Van T. Lam
Van T. Lam
Attorneys for Defendant
NATIONSTAR MORTGAGE LLC