LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
(858) 481-9559

Attorney For Plaintiffs, DANIEL SHERER and HEATHER SHERER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SHERER, an individual; HEATHER SHERER, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>    Defendant(s). | Case No. 08cv1332DMS (NLS)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT NATIONSTAR LLC TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT OF PLAINTIFFS DANIEL SHERER AND HEATHER SHERER |

    Having reviewed the parties' Joint Motion to Extend Time for Defendant Nationstar Mortgage LLC to File a Responsive Pleading to Complaint and good cause appearing therefor,

    IT IS HEREBY ORDERED THAT Defendant Nationstar Mortgage LLC shall have

////

////

////

////

Sherer et al. v. Nationstar Mortgage LLC et al.           [Proposed] Order Granting Joint Motion
Case No.08cv1332DMS (NLS)                                     To Extend Time For Defendant
1                                            To Respond To Complaint

1  through and until September 27, 2008, to file a responsive pleading to the Complaint of Plaintiffs

2  Daniel Sherer and Heather Sherer in the above-captioned matter.

3  DATED:  August 28, 2008

4

5  _____
   HON. DANA M. SABRAW
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27